```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                              **CRIMINAL ACTION NO. 2:13-00140**

**ALEXA KEATON**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On September 16, 2019, the United States of America appeared by L. Alexander Hamner, Assistant United States Attorney, and the defendant, Alexa Keaton, appeared in person and by her counsel, Tim C. Carrico, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Lilla M. Adkins. The defendant commenced a 18-month term of supervised release in this action on April 11, 2018, with the special condition that she make herself available for evaluation for acceptance into CAMC's Office-Based Medication Assisted Treatment program and if accepted successfully complete the program, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on April 11, 2019.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant unlawfully used and possessed a controlled substance as evidenced by positive urine specimens submitted by her on May 22 and May 29 for cocaine and on June 5, 2019, for cocaine and marijuana, on June 12, 2019, she tested positive for marijuana, on June 19, 2019, she tested positive for cocaine and marijuana, and on July 3, 2019, she tested positive for cocaine, marijuana, amphetamine, and methamphetamine; (2) the defendant failed to report to CAMC Women's and Children's Hospital in Charleston, West Virginia, immediately following her revocation hearing on April 11, 2019, but on April 12, 2019, entered the triage unit at Cabell Huntington Hospital where she was directed by the probation officer to continue to successfully participate in and complete the Maternal Opioid Medical Support (MOMS) program at Cabell Huntington Hospital, in lieu of CAMC as previously ordered, where she remained until July 11, 2019, when she was discharged due to several violations including illicit

drug use and failure to attend programming as instructed; and (3) the defendant failed to attend urine screening at Pyramid Counseling on June 25 and July 9, 2019, and at the United States Probation Office in Huntington, West Virginia, on July 5, 2019, as instructed; all as admitted by the defendant on the record of the hearing except that the defendant admitted use of marijuana only with respect to drug usage, and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period

of EIGHT (8) MONTHS with the recommendation that she receive drug treatment, to be followed by a term of ten (10) months of supervised release upon the same terms and conditions as heretofore and the special conditions that she participate in and successfully complete the MINT program for a period of six (6) months or a program comparable to that of Renaissance for the same six (6) month period.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: September 18, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge