UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 2:13-00140

ALEXA KEATON


SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER


On September 23, 2020, the United States of America appeared by L. Alexander Hamner, Assistant United States Attorney, and the defendant, Alexa Keaton, appeared in person and by her counsel, Tim C. Carrico, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Kachine Jonese.  The defendant commenced a 10-month term of supervised release in this action on March 27, 2020, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on September 18, 2019.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant committed a violation of state law in that on July 1, 2020, she neglected her three children ages 4 years, 1 year, and 6 months along with her 4 year old cousin, and thereby exposed them to a substantial risk of bodily injury, being a misdemeanor offense in violation of W.Va. Code §61-8D-4(d)(1); (2) the defendant failed to notify her probation officer within 72 hours of her release from the Bureau of Prisons on March 27, 2020; (3) the defendant failed to notify her probation officer of her encounter with police on July 1, 2020; and (4) the defendant failed to comply with the Chesapeake Healthcare Center's Medication Assisted Treatment program in that she was directed to participate in 5 therapy sessions monthly and only attended 1 of 5 therapy sessions in April, 3 of 5 therapy sessions in May, 2 of 5 therapy sessions in June, and 1 of 5 therapy sessions in July; as admitted by the defendant as to (2), (3), and (4) above on the record of the hearing and all as set forth in the petition on supervised release, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, with no further term of supervised release imposed.

The defendant was remanded to the custody of the United States Marshal.

3

        The Clerk is directed to forward copies of this
written opinion and order to the defendant, all counsel of
record, the United States Probation Department, and the United
States Marshal.


                    DATED:   September 25, 2020



                    _____
                    John T. Copenhaver, Jr.
                    Senior United States District Judge

4